UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
GARY C. ZEITZ, L.L.C.
GARY C. ZEITZ, ESQUIRE
ROBIN LONDON-ZEITZ, ESQUIRE
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
Attorneys for Creditor,
PRO CAP 8 FBO FIRSTRUST BANK

In Re:
ANGINE A. BROWN

Case No.: 25-13441/JNP
Chapter: 13
Hearing Date: June 4, 2025
Judge: errold N. Poslusny, Jr

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled       ☒ Withdrawn

Matter: Creditor's Objection to Confirmation of Plan

Date: 5/29/2025

/s/ Gary C. Zeitz
Signature

*rev.8/1/15*