UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

**IN RE:**                                              **CASE NO.: 25-13441-JNP**
                                                           **CHAPTER 13**

**Angine A. Brown,**
   **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of LEGACY MORTGAGE ASSET TRUST 2021-GS1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

                                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                        Attorney for Secured Creditor
                                        130 Clinton Rd #202
                                        Fairfield, NJ 07004
                                        Telephone: 470-321-7112
                                        Facsimile: 404-393-1425

                                        By: /s/Cory Woerner
                                            Cory Woerner
                                            Email: cwoerner@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 11, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ANGINE A. BROWN
7 PURNELL AVENUE
CINNAMINSON, NJ 08077

And via electronic mail to:

LAW OFFICE OF STACEY L. MULLEN
2091 N SPRINGDALE RD
 SUITE 17
CHERRY HILL, NJ 08003

ANDREW B FINBERG
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
535 ROUTE 38
SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Angela Gill