UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Stacey L. Mullen, Esquire
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
856-778-8677
Attorney for debtor

In Re:

Angine A. Brown

| | |
|---|---|
| Case No.: | 25-13441 |
| Chapter: | 13 |
| Hearing Date: | 08/20/2025 |
| Judge: | JNP |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled       ☒ Withdrawn

Matter: Docket No. 25 - replaced with correct COS and Transmittal Letter (Doc No 26)

Date: 06/25/2025

/s/ Stacey L. Mullen, Esquire
Signature

*rev.8/1/15*