UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CITY OF CAMDEN
OFFICE OF THE CITY ATTORNEY
MICHELLE BANKS-SPEARMAN
ASSISTANT CITY ATTORNEY
City Hall, Room 419
Camden, New Jersey 08101-5120
856-757-7170

In Re:

Angine A. Brown

Case No.: 25-13441

Chapter: 13

Judge: JNP

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____City of Camden_____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Michelle Banks-Spearman
Assistant City Attorney
City Hall
520 Market Street - Suite 419
Camden, NJ 08101

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: July 15, 2025

/s/ Michelle Banks-Spearman
Signature

new.8/1/15