| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Michelle Banks-Spearman (7540)<br>Assistant City Attorney<br>Office of the City Attorney<br>City Hall, 4th Floor, Suite 419<br>Camden, NJ 08101-5120 | Case No.: | 25-13441 |
| | Chapter: | 13 |
| In Re:<br><br>Angine A. Brown | Adv. No.: | |
| | Hearing Date: | 8/20/2025 |
| | Judge: | Hon. Jerrold N. Poslusny |

## CERTIFICATION OF SERVICE

1. I, _____Asia McDonald_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Michelle Banks-Spearman__, who represents _____City of Camden_____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____7/15/2025_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    1. Notice of Appearance
    2. Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __7/15/2025__

_____Asia McDonald_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Stacey L. Mullen<br>Law Office of Stacey L. Mullen<br>2091 N Springdale Rd.<br>Suite 17<br>Cherry Hill, NJ 08002 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew B. Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Angine A. Brown<br>7 Purnell Avenue<br>Cinnaminson, NJ 08077 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |