

IN THE UNITED STATES BANKRUPTCY COURT

NEW JERSEY

IN PROCEEDINGS:

25-13441

DEBTOR(S):

ANGINE A BROWN

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 6 IN THE AMOUNT OF $1,089.87

CREDITOR'S SIGNATURE:

*/s/ Alexica Marche' Thomason*

CREDITOR CONTACT INFO:

MERRICK BANK

Resurgent Capital Services

PO Box 10368

Greenville, SC 29603

(866) 572-0265

DATE:

8/28/2025