| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br><br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> Stacey L. Mullen, Esquire <br> 2091 N. Springdale Road <br> Suite 17 <br> Cherry Hill, NJ 08003 <br> Attorney for Debtor <br> 856-778-8677 | |
| In Re: <br><br> Angine A. Brown | Case No.:     _____25-13441_____ <br> Chapter:              13 <br> Hearing Date:  _____11/25/2025_____ <br> Judge:         _____JNP_____ |

**ADJOURNMENT REQUEST FOR CHAPTER 13**

1. I, _____Stacey L. Mullen, Esquire_____,

    X     am the attorney for: _____Debtor_____

    ☐     am self-represented

    Phone number: _____856-778-8677_____

    Email address: _____slmullen@comcast.net_____

2. I request an adjournment of the following hearing:

    Matter: _____Pro Cap MFR_____

    Current hearing date and time: __11/25/25 at 11:00 am

    New date requested: _____requesting 2-3 wk adjournment_____

    Reason for adjournment request: _MUTUAL adjournment request for 2-3 wks to allow parties to resolve. Debtor has funds to cure but parties want to make sure that no further property taxes are due.

3.     I request an adjournment of confirmation:

    Current confirmation date and time:

    New date requested: _

    Reason for adjournment request: _

    Confirmation has been adjourned ___0__ previous times

    Trustee payments are current through ___

    The meeting of creditors under § 341(a) of the Code  X was conducted  ☐ was not conducted

4.     Consent to adjournment:

    X  I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: _____11/21/2025_____        ___/s/ Stacey L. Mullen, Esquire_____
                                                                               Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted                New hearing date: ___12/16/25 at 11:00 am____      ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____      ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2