UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

---

Stacey L. Mullen, Esquire
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
(856) 778-8677
By: Stacey L. Mullen, Esquire (SM5598)

---

| | |
|---|---|
| In Re: | Case No.: ___25-13441 |
|     Angine Brown, | Judge: ____JNP |
| | Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION
## _X_ TO CREDITOR'S MOTION OR CERTIFICATION OF DEFAULT
## ___ TO TRUSTEE'S MOTION OR CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1.   __X__ Motion for Relief from the Automatic Stay filed by creditor Legacy Mortgage Asset. A hearing has been scheduled for 12/23/25 at 11:00 am

OR

___ Motion to Dismiss filed by the Standing Chapter 13 Trustee.
A hearing has been scheduled for _, at _____ am.

___ Certification of Default filed by creditor,
I am requesting a hearing be scheduled on this matter.

OR

___ Certification of Default filed by Standing Chapter 13 Trustee
I am requesting a hearing be scheduled on this matter.

I am objecting to the above for the following reasons **(choose one)**:

  ___ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.
  ___ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

  X   Other **(explain your answer)**: <u>Debtor is a senior and had major sewer damage to her home. She had to pay monies out of pocket for all of the work to be completed so she could remain in her home. Her homeowners insurance company is aware of the above. All invoices for work performed has been submitted to her insurance company and she has been advised that a reimbursement check should be received within the next 4-8 weeks. Once received, debtor will get immediately current with the mortgage. Alternatively, debtor would agree to add the amount of the arrears into her plan.</u>

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify the above facts to be true. I am aware that if the above facts are willfully false, I am subject to punishment.

Date: 12/11/25                /s/ Angine Brown
                                      Debtor's Signature

**NOTE:** Pursuant to the Court's General Orders entered on January 4th, 2005, this form must be filed with the Court and served upon the creditor and the Standing Chapter 13 Trustee, **at least seven (7) days before the return date, pursuant to *DNJ LBR 9013-1(d), Motion Practice*,** if filed in opposition to a *Motion for Relief from the Automatic Stay*; **and within 10 days of the filing of a *Creditor's Certification of Default* under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions*. Absent the filing of this mandatory new form, the creditor's stay relief motion will be deemed uncontested, and the creditor's appearance at the hearing will *not* be required.**

*1/3/05/jml*