UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WAU 25-031716
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Kathleen M. Magoon - 040682010
Elizabeth L. Wassall - 023211995
ATTORNEYS FOR WELLS FARGO BANK, N.A., D/B/A
WELLS FARGO AUTO

In Re:

ANGINE A. BROWN,

DEBTOR

Case No.: 25-13441
Adv. Pro. No.: 
Chapter: 13
Hearing Date: 12-30-2025
Judge: JNP

**ADJOURNMENT REQUEST**

1. I, Elizabeth L. Wassall, Esq.,

    ☒ am the attorney for: Secured Creditor,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Creditor's Motion for Relief from Stay  ECF Doc.: 46

    Current hearing date and time: 12-30-2025 at 11:00 a.m.

    New date requested: 1-27-2026 at 11:00 a.m.

    Reason for adjournment request: To work on a Consent Order.

    _____

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 12-15-2025    /s/Elizabeth L. Wassall
                    Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 1/27/2026 at 11:00am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*