UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Legacy Mortgage Asset Trust, et al.

In Re:

Angine A. Brown,

Debtor.

Case No.: 25-13441-JNP
Chapter: 13
Hearing Date: 12/23/2025
Judge: Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 7 Prunell Ave., Cinnaminson, NJ (Docket # 45)

Date: 12/18/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*