UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
1814 East Route 70 - Suite 350
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

**Order Filed on December 23, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Angine A. Brown,

                    Debtor

Case No.: 25-13441 (JNP)

Chapter 13

Hearing Date:

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is
hereby **ORDERED**

**DATED: December 23, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case No.   25-13441 (JNP)
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been

rendered, and no objections having been raised:

ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $ 800.00    for

services rendered and expenses in the amount of $ 0.00  for a total of $ 800.00  .  The allowance

shall be payable:

   <u>XXXXX</u>  through the Chapter 13 plan as an administrative priority.

        outside the plan.

The debtor's monthly plan is modified to require a payment of <u>$3,521.00</u>   per month for   52

months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)