Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−13441−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angine A. Brown
   7 Purnell Avenue
   Cinnaminson, NJ 08077

Social Security No.:
   xxx−xx−8824

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on August 21, 2025.

   On 12/26/2025 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                   February 4, 2026
Time:                    09:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: December 29, 2025
JAN: lgr

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                    Case No. 25-13441-JNP
Angine A. Brown                                                                                                                Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                  User: admin                                Page 1 of 3
Date Rcvd: Dec 29, 2025                       Form ID: 185                            Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angine A. Brown, 7 Purnell Avenue, Cinnaminson, NJ 08077-2746 |
| aty | + | Cory Woerner, ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PA, 13010 MORRIS ROAD, SUITE 450, ALPHARETTA, GA 30004-2001 |
| cr | | City of Camden, City Attorney, City Hall, 4th Floor, Suite 419, Camden, NJ 08101-5120 |
| 520772267 | + | Camden City C/O City Attorney, 520 Market St., Room 419, Camden, NJ 08102-1300 |
| 520608009 | + | City of Camden, P.O. Box 371397, Pittsburgh, PA 15250-7397 |
| 520608013 | + | Everton Brown, 3079 Stevens Street, Camden, NJ 08105-2340 |
| 520613576 | + | Keaveney Legal Group, 3747 Church Road, Suite 103, Mount Laurel, NJ 08054-1151 |
| 520701506 | + | Kennedy Uni. Hosp. d/b/a Jefferson Cherry Hill Hos, 1601 Market Street Suite 2300, Philadelphia, PA 19103-2306 |
| 520647285 | + | Pro Cap 8 FBO Firstrust Bank, 2500 McClellan Avenue, Suite 200, Pennsauken, NJ 08109-4613 |
| 520608005 | + | Regional Orthopedic, P.O. Box 8850, Turnersville, NJ 08012-8850 |
| 520608003 | + | Sun Run Solar, 21 Worlds Fair Drive, Somerset, NJ 08873-1344 |
| 520608001 | | Tax Office, 161 Riverton Road, Cinnaminson, NJ 08077 |
| 520608002 | + | Tax Office, 520 Market Street, Camden, NJ 08102-1300 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 29 2025 21:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 29 2025 21:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Dec 29 2025 21:08:02 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, c/o LOGS Legal Group LLP, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 520608006 | ^ | MEBN | Dec 29 2025 21:05:57 | ARstrat, 231 W. Main Street, 2nd Floor, Denison, TX 75020-3024 |
| 520656286 | | Email/PDF: bncnotices@becket-lee.com | Dec 29 2025 21:17:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520677686 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 29 2025 21:17:53 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520614137 | | Email/Text: kfitzpatrick@cinnaminsonsewerage.org | Dec 29 2025 21:15:00 | Cinnaminson Sewerage Authority, 1621 Riverton Rd, Cinnaminson, NJ 08077 |
| 520609934 | | Email/Text: ebnnotifications@creditacceptance.com | Dec 29 2025 21:15:00 | Credit Acceptance Corporation, 25505 W 12 Mile Rd, Southfield MI 48034 |
| 520608010 | ^ | MEBN | Dec 29 2025 21:06:57 | Camden County MUA, P.O. Box 1105, Bellmawr, NJ 08099-5105 |
| 520608008 | + | Email/Text: kfitzpatrick@cinnaminsonsewerage.org | Dec 29 2025 21:15:00 | Cinnaminson Sewer Authority, 1621 Riverton |

Case 25-13441-JNP    Doc 62    Filed 12/31/25    Entered 01/01/26 00:20:53    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2025 | Form ID: 185 | Total Noticed: 45 |

| Recipient ID | Flag | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Road, Cinnaminson, NJ 08077-2325 |
| 520607999 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 29 2025 21:15:00 | Credit Acceptance, P.O. Box 551888, Detroit, MI 48255-1888 |
| 520681848 | | Email/Text: BNCnotices@dcmservices.com | Dec 29 2025 21:16:00 | Emergency Physician Associates of South Jersey PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 520607997 | + | Email/Text: gzeitz@zeitzlawfirm.com | Dec 29 2025 21:16:00 | Gary Zeitz, Esquire, 1101 Laurel Oak Road, Suite 170, Voorhees, NJ 08043-4381 |
| 520669406 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 29 2025 21:17:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 520681849 | | Email/Text: BNCnotices@dcmservices.com | Dec 29 2025 21:16:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 520607996 | ^ | MEBN | Dec 29 2025 21:07:13 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520614522 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 29 2025 21:18:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520691827 | + | Email/Text: RASEBN@raslg.com | Dec 29 2025 21:15:00 | Legacy Mortgage Asset Trust 2021-GS1, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520684441 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 29 2025 21:17:00 | Legacy Mortgage Asset Trust 2021-GS1, C/O Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520617256 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2025 21:17:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520677530 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 29 2025 21:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520771527 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 29 2025 21:15:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520608011 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Dec 29 2025 21:17:52 | Navient, P.O. Box 9000, Wilkes-Barre, PA 18773-9000 |
| 520608007 | + | Email/Text: csc.bankruptcy@amwater.com | Dec 29 2025 21:17:00 | New Jersey American Water, P.O. Box 371331, Pittsburgh, PA 15250-7331 |
| 520608004 | ^ | MEBN | Dec 29 2025 21:05:57 | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 520667062 | | Email/Text: bnc-quantum@quantum3group.com | Dec 29 2025 21:16:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520607995 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 29 2025 21:17:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520608012 | + | Email/Text: EDBKNotices@ecmc.org | Dec 29 2025 21:15:00 | US Department of Education, P.O. Box 5609, Greenville, TX 75403-5609 |
| 520607998 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Dec 29 2025 21:17:50 | Wells Fargo Auto, P.O. Box 17900, Denver, CO 80217-0900 |
| 520619543 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Dec 29 2025 21:18:01 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, IRVING, TEXAS 75016-9005 |
| 520683656 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Dec 29 2025 21:17:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |
| 520608000 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Dec 29 2025 21:17:00 | Westlake Financial Services, P.O. Box 54807, Los Angeles, CA 90054-0807 |

TOTAL: 32

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2025 | Form ID: 185 | Total Noticed: 45 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520683658 | *+ | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2025           Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Cory Francis Woerner | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gary C. Zeitz | on behalf of Creditor Pro Cap 8 FBO Firstrust Bank gzeitz@zeitzlawfirm.com rzeitz@zeitzlawfirm.com;brittner@zeitzlawfirm.com |
| Michelle Banks-Spearman | on behalf of Creditor City of Camden mispearm@camdennj.gov NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;AnMixon@ci.camden.nj.us |
| Robin I. London-Zeitz | on behalf of Creditor Pro Cap 8 FBO Firstrust Bank rzeitz@zeitzlawfirm.com gzeitz@zeitzlawfirm.com |
| Stacey L. Mullen | on behalf of Debtor Angine A. Brown slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10