UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

GARY C. ZEITZ, L.L.C.
GARY C. ZEITZ, ESQUIRE
ROBIN LONDON-ZEITZ, ESQUIRE
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
Pro Cap 8 FBO Firstrust Bank

Order Filed on January 7, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANGINE BROWN

Case No.: 25-13441/JNP

Chapter: 13

Hearing Date: December 16, 2025

Judge: Jerrold N. Poslusny, Jr.

## ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: January 7, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1

THIS MATTER having come before the Court upon the motion of Pro Cap 8 FBO Firstrust Bank ("Creditor") requesting the entry of an Order for relief from the automatic stay to proceed with a foreclosure proceeding against Angine Brown (the "Debtor"), and the following appearances having been entered, Robin London-Zeitz, Esquire, Gary C. Zeitz, L.L.C. attorneys for Creditor and Stacey L. Mullen, Esquire, attorney for the Debtor; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured by the Debtor's real estate located at 3079 Stevens St., Camden, New Jersey, Block 1046, Lot 72 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from the automatic stay to foreclose the Tax Lien; and

IT FURTHER APPEARING that the Debtor now seeks to pay the amounts owed to Creditor through their Chapter 13 plan; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1. In the event the Debtor fails to make any of the post-petition payments required to be made to the City of Camden on account of the Property or fails to make any payments under the Chapter 13 plan, within thirty (30) days of the due date, then Creditor shall be entitled to relief from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon application of Creditor, with fourteen (14) days notice to the Debtor and Debtor's counsel, setting forth the default in question.

2. Creditor is granted an administrative claim, which will be paid through the

Debtor's Chapter 13 plan, in the amount of $699.00 on account of the legal fees and costs incurred in the prosecution of its relief from stay motion.