UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

GARY C. ZEITZ, L.L.C.
GARY C. ZEITZ, ESQUIRE
ROBIN LONDON-ZEITZ, ESQUIRE
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
Pro Cap 8 FBO Firstrust Bank

Order Filed on January 7, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANGINE BROWN

Case No.: 25-13441/JNP

Chapter: 13

Hearing Date: December 16, 2025

Judge: Jerrold N. Poslusny, Jr.

## ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: January 7, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1

THIS MATTER having come before the Court upon the motion of Pro Cap 8 FBO Firstrust Bank ("Creditor") requesting the entry of an Order for relief from the automatic stay to proceed with a foreclosure proceeding against Angine Brown (the "Debtor"), and the following appearances having been entered, Robin London-Zeitz, Esquire, Gary C. Zeitz, L.L.C. attorneys for Creditor and Stacey L. Mullen, Esquire, attorney for the Debtor; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured by the Debtor's real estate located at 3079 Stevens St., Camden, New Jersey, Block 1046, Lot 72 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from the automatic stay to foreclose the Tax Lien; and

IT FURTHER APPEARING that the Debtor now seeks to pay the amounts owed to Creditor through their Chapter 13 plan; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1. In the event the Debtor fails to make any of the post-petition payments required to be made to the City of Camden on account of the Property or fails to make any payments under the Chapter 13 plan, within thirty (30) days of the due date, then Creditor shall be entitled to relief from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon application of Creditor, with fourteen (14) days notice to the Debtor and Debtor's counsel, setting forth the default in question.

2. Creditor is granted an administrative claim, which will be paid through the

2

Debtor's Chapter 13 plan, in the amount of $699.00 on account of the legal fees and costs incurred in the prosecution of its relief from stay motion.

3

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-13441-JNP |
| Angine A. Brown | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 07, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

**Recip ID      Recipient Name and Address**
db            + Angine A. Brown, 7 Purnell Avenue, Cinnaminson, NJ 08077-2746

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:

**Name**            **Email Address**

Andrew B Finberg
                    on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
                    courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Cory Francis Woerner
                    on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 cwoerner@raslg.com

Denise E. Carlon
                    on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall
                    on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Gary C. Zeitz

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: pdf903 | Total Noticed: 1 |

    on behalf of Creditor Pro Cap 8 FBO Firstrust Bank gzeitz@zeitzlawfirm.com
    rzeitz@zeitzlawfirm.com;brittner@zeitzlawfirm.com

Michelle Banks-Spearman
    on behalf of Creditor City of Camden mispearm@camdennj.gov
    NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;AnMixon@ci.camden.nj.us

Robin I. London-Zeitz
    on behalf of Creditor Pro Cap 8 FBO Firstrust Bank rzeitz@zeitzlawfirm.com  gzeitz@zeitzlawfirm.com

Stacey L. Mullen
    on behalf of Debtor Angine A. Brown slmullen@comcast.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10