# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 25-13441 (JNP)

Angine A. Brown
7 Purnell Avenue
Cinnaminson, NJ  08077

Monthly Payment: $3,503.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

### For the period of 01/01/2025 to 12/31/2025
### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 05/21/2025 | $2,200.00 | 08/19/2025 | $4,000.00 | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 0 | ANGINE A. BROWN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $4,250.00 | $4,250.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $800.00 | $0.00 | $800.00 | $0.00 |
| 1 | ARSTRAT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAMDEN COUNTY MUA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CINNAMINSON SEWERAGE AUTHORITY | 24 | $865.38 | $0.00 | $865.38 | $0.00 |
| 4 | CITY OF CAMDEN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CREDIT ACCEPTANCE CORPORATION | 24 | $1,498.60 | $0.00 | $1,498.60 | $0.00 |
| 6 | EVERTON BROWN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | PRO CAP 8 FBO FIRSTRUST BANK | 24 | $17,630.37 | $165.38 | $17,464.99 | $0.00 |
| 9 | NAVIENT SOLUTIONS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | AMERICAN WATER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PSE&G | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | REGIONAL ORTHOPEDIC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | SELECT PORTFOLIO SERVICING, INC. | 24 | $123,042.04 | $1,112.27 | $121,929.77 | $0.00 |
| 14 | SUN RUN SOLAR | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | TAX OFFICE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | CITY OF CAMDEN TAX COLLECTOR | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | US Department of Education | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | WELLS FARGO BANK, N.A. | 24 | $1,315.53 | $0.00 | $1,315.53 | $0.00 |
| 20 | WESTLAKE SERVICES, LLC | 24 | $1,639.28 | $15.38 | $1,623.90 | $0.00 |
| 21 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | Stacey L. Mullen | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | KEAVENEY LEGAL GROUP, LLC | 33 | $1,527.50 | $0.00 | $1,527.50 | $0.00 |
| 25 | LVNV FUNDING, LLC | 33 | $288.31 | $0.00 | $288.31 | $0.00 |
| 26 | LVNV FUNDING, LLC | 33 | $3,503.85 | $0.00 | $3,503.85 | $0.00 |
| 27 | MERRICK BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | AMERICAN EXPRESS | 33 | $977.40 | $0.00 | $977.40 | $0.00 |
| 29 | QUANTUM3 GROUP, LLC | 33 | $3,940.22 | $0.00 | $3,940.22 | $0.00 |
| 30 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,645.59 | $0.00 | $1,645.59 | $0.00 |
| 31 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $1,934.16 | $0.00 | $1,934.16 | $0.00 |
| 32 | ASHLEY FUNDING SERVICES, LLC | 33 | $622.65 | $0.00 | $622.65 | $0.00 |
| 33 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $4,386.00 | $0.00 | $4,386.00 | $0.00 |
| 34 | JEFFERSON HEALTH | 33 | $14,681.37 | $0.00 | $14,681.37 | $0.00 |
| 35 | KENNEDY UNIVERSITY HOSPITAL, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | NEW JERSEY TURNPIKE AUTHORITY | 33 | $1,473.80 | $0.00 | $1,473.80 | $0.00 |
| 37 | CITY OF CAMDEN WATER & SEWER | 24 | $261.19 | $0.00 | $261.19 | $0.00 |
| 38 | SELECT PORTFOLIO SERVICING, INC. | 24 | $13,748.24 | $0.00 | $13,748.24 | $0.00 |
| 39 | SELECT PORTFOLIO SERVICING, INC. | 13 | $549.00 | $0.00 | $549.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2025 | 2.00 | $0.00 |
| 07/01/2025 | Paid to Date | $2,200.00 |
| 08/01/2025 | 1.00 | $4,000.00 |
| 09/01/2025 | 4.00 | $3,503.00 |
| 01/01/2026 | 52.00 | $3,521.00 |
| 05/01/2030 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,200.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $36.97 |
| Arrearages: | $14,012.00 |
| Attorney: | STACEY L. MULLEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**