UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Stacey L. Mullen, Esquire
1814 East Route 70
Suite 350
Cherry Hill, NJ 08003
(856) 778-8677
By: Stacey L. Mullen, Esquire (SM5598)

_____

In Re:                                                      Case No.: ___25-13441
    Angine A. Brown,                          Judge: ____JNP
                                            Chapter: 13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION
_X_ TO CREDITOR'S MOTION OR CERTIFICATION OF DEFAULT
TO TRUSTEE'S MOTION OR CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following
**(choose one)**:

1.      ___ Motion for Relief from the Automatic Stay filed by creditor
        . A hearing has been scheduled for
                  at      am

OR

___ Motion to Dismiss filed by the Standing Chapter 13 Trustee.
A hearing has been scheduled for __, at _____ am.

_X_ Certification of Default filed by creditor, Pro Cap 8 FBO
I am requesting a hearing be scheduled on this matter.

OR

___ Certification of Default filed by Standing Chapter 13 Trustee
I am requesting a hearing be scheduled on this matter.

I am objecting to the above for the following reasons **(choose one)**:

___ Payments have been made in the amount of $ _____, but have
not been accounted for. Documentation in support is attached hereto.
___ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

    <u>X</u>  Other **(explain your answer)**: <u>Debtor has been using the funds she has been
periodically receiving from her mortgage company (as a result of a homeowners insurance
claim) to bring her Trustee account current.  In light of the above, debtor is asking until the end
of April 2026 to cure both her property taxes and CCMUA bills.</u>

    3. This certification is being made in an effort to resolve the issues raised by the
creditor in its motion.

    4. I certify the above facts to be true. I am aware that if the above facts are willfully
false, I am subject to punishment.


Date: <u>03/20/2026</u>            <u>/s/ Angine Brown</u>
                            Debtor's Signature


**NOTE:** Pursuant to the Court's General Orders entered on January 4th, 2005, this form must be filed with the Court
and served upon the creditor and the Standing Chapter 13 Trustee, **at least seven (7) days before the return date,
pursuant to *DNJ LBR 9013-1(d), Motion Practice*,** if filed in opposition to a *Motion for Relief from the Automatic
Stay*; **and within 10 days of the filing of a *Creditor's Certification of Default* under an *Order Resolving Motion
to Vacate Stay and/or Dismiss with Conditions*. Absent the filing of this mandatory new form, the creditor's
stay relief motion will be deemed uncontested, and the creditor's appearance at the hearing will *not* be
required.**

*1/3/05/jml*