Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25–13441–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Angine A. Brown
7 Purnell Avenue
Cinnaminson, NJ 08077

Social Security No.:
xxx–xx–8824

Employer's Tax I.D. No.:

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                April 14, 2026
Time:                11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*72* – Certification in Opposition to (related document:70 Creditor's Certification of Default (related documents: 64 Order on Motion For Relief From Stay, 38 Motion for Relief from Stay re: 3079 Stevens St. Fee Amount $ 199. filed by Creditor Pro Cap 8 FBO Firstrust Bank) filed by Robin I. London–Zeitz on behalf of Pro Cap 8 FBO Firstrust Bank. Objection deadline is 03/25/2026. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (London–Zeitz, Robin). Modified on 3/11/2026 TO CORRECT LINK (cm). filed by Creditor Pro Cap 8 FBO Firstrust Bank) filed by Stacey L. Mullen on behalf of Angine A. Brown. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.

Dated: March 23, 2026
JAN: kvr

Jeanne Naughton
Clerk