UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WAU 25-031716
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Kathleen M. Magoon - 040682010
Elizabeth L. Wassall - 023211995
ATTORNEYS FOR WELLS FARGO BANK, N.A.,
D/B/A WELLS FARGO AUTO

**Order Filed on June 4, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

ANGINE A. BROWN,
                    DEBTOR

Case No.: 25-13441-JNP

Judge: HONORABLE JERROLD N. POSLUSNY, JR.

Chapter: 13

Recommended Local Form        ☐ Followed        ☒ Modified

## ORDER GRANTING RELIEF FROM STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: June 4, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of LOGS LEGAL GROUP LLP, Attorneys for WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain property as hereinafter set forth, and for cause shown,

It is ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒Personal property more fully described as: **2014 BMW X3
VIN 5UXWX7C5XE0E78473**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.