UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WAU 25-031716
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Kathleen M. Magoon - 040682010
Elizabeth L. Wassall - 023211995
ATTORNEYS FOR WELLS FARGO BANK, N.A.,
D/B/A WELLS FARGO AUTO

**Order Filed on June 4, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ANGINE A. BROWN,
               DEBTOR

Case No.: 25-13441-JNP

Judge: HONORABLE JERROLD N. POSLUSNY, JR.

Chapter: 13

Recommended Local Form    ☐ Followed    ☒ Modified

## ORDER GRANTING RELIEF FROM STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: June 4, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of LOGS LEGAL GROUP LLP, Attorneys for WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain property as hereinafter set forth, and for cause shown,

It is ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒Personal property more fully described as:     **2014 BMW X3**
**VIN 5UXWX7C5XE0E78473**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                   Case No. 25-13441-JNP

Angine A. Brown                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                  User: admin                   Page 1 of 2

Date Rcvd: Jun 04, 2026              Form ID: pdf903                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

**Recip ID                Recipient Name and Address**
db                     +   Angine A. Brown, 7 Purnell Avenue, Cinnaminson, NJ 08077-2746

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                     Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

**Name                  Email Address**

Andrew B Finberg
        on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
        courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Cory Francis Woerner
        on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 cwoerner@raslg.com

Elizabeth L. Wassall
        on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Gary C. Zeitz
        on behalf of Creditor Pro Cap 8 FBO Firstrust Bank gzeitz@zeitzlawfirm.com rzeitz@zeitzlawfirm.com;brittner@zeitzlawfirm.com

Matthew K. Fissel

District/off: 0312-1                          User: admin                                    Page 2 of 2

Date Rcvd: Jun 04, 2026                      Form ID: pdf903                          Total Noticed: 1

on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Michelle Banks-Spearman

on behalf of Creditor City of Camden mispearm@camdennj.gov
NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;AnMixon@ci.camden.nj.us

Robin I. London-Zeitz

on behalf of Creditor Pro Cap 8 FBO Firstrust Bank rzeitz@zeitzlawfirm.com  gzeitz@zeitzlawfirm.com

Stacey L. Mullen

on behalf of Debtor Angine A. Brown slmullen@comcast.net

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10