Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−13441−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Angine A. Brown
    7 Purnell Avenue
    Cinnaminson, NJ 08077

Social Security No.:
    xxx−xx−8824

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/15/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 15, 2026
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-13441-JNP

Angine A. Brown                                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                         User: admin                                  Page 1 of 3

Date Rcvd: Jul 15, 2026                      Form ID: 148                                 Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angine A. Brown, 7 Purnell Avenue, Cinnaminson, NJ 08077-2746 |
| aty | + | Cory Woerner, ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PA, 13010 MORRIS ROAD, SUITE 450, ALPHARETTA, GA 30004-2001 |
| cr | | City of Camden, City Attorney, City Hall, 4th Floor, Suite 419, Camden, NJ 08101-5120 |
| 520772267 | + | Camden City C/O City Attorney, 520 Market St., Room 419, Camden, NJ 08102-1300 |
| 520608009 | + | City of Camden, P.O. Box 371397, Pittsburgh, PA 15250-7397 |
| 520608013 | + | Everton Brown, 3079 Stevens Street, Camden, NJ 08105-2340 |
| 520613576 | + | Keaveney Legal Group, 3747 Church Road, Suite 103, Mount Laurel, NJ 08054-1151 |
| 520701506 | + | Kennedy Uni. Hosp. d/b/a Jefferson Cherry Hill Hos, 1601 Market Street Suite 2300, Philadelphia, PA 19103-2306 |
| 520608005 | + | Regional Orthopedic, P.O. Box 8850, Turnersville, NJ 08012-8850 |
| 520608003 | + | Sun Run Solar, 21 Worlds Fair Drive, Somerset, NJ 08873-1344 |
| 520608002 | + | Tax Office, 520 Market Street, Camden, NJ 08102-1300 |
| 520608001 | | Tax Office, 161 Riverton Road, Cinnaminson, NJ 08077 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 15 2026 21:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 15 2026 21:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Jul 15 2026 21:33:06 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, c/o LOGS Legal Group LLP, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 520608006 | ^ | MEBN | Jul 15 2026 21:34:30 | ARstrat, 231 W. Main Street, 2nd Floor, Denison, TX 75020-3024 |
| 520656286 | | Email/PDF: bncnotices@becket-lee.com | Jul 15 2026 21:39:20 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520677686 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2026 21:39:24 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520614137 | | Email/Text: kfitzpatrick@cinnaminsonsewerage.org | Jul 15 2026 21:33:00 | Cinnaminson Sewerage Authority, 1621 Riverton Rd, Cinnaminson, NJ 08077 |
| 520609934 | | Email/Text: ebnnotifications@creditacceptance.com | Jul 15 2026 21:33:00 | Credit Acceptance Corporation, 25505 W 12 Mile Rd, Southfield MI 48034 |
| 520608010 | ^ | MEBN | Jul 15 2026 21:33:31 | Camden County MUA, P.O. Box 1105, Bellmawr, NJ 08099-5105 |
| 520608008 | + | Email/Text: kfitzpatrick@cinnaminsonsewerage.org | Jul 15 2026 21:33:00 | Cinnaminson Sewer Authority, 1621 Riverton Road, Cinnaminson, NJ 08077-2325 |

District/off: 0312-1                                    User: admin                                    Page 2 of 3

Date Rcvd: Jul 15, 2026                                Form ID: 148                                   Total Noticed: 45

| 520607999 | + Email/Text: ebnnotifications@creditacceptance.com | Jul 15 2026 21:33:00 | Credit Acceptance, P.O. Box 551888, Detroit, MI 48255-1888 |
| 520681848 | Email/Text: BNCnotices@dcmservices.com | Jul 15 2026 21:34:00 | Emergency Physician Associates of South Jersey PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 520607997 | + Email/Text: gzeitz@zeitzlawfirm.com | Jul 15 2026 21:35:00 | Gary Zeitz, Esquire, 1101 Laurel Oak Road, Suite 170, Voorhees, NJ 08043-4381 |
| 520669406 | EDI: JEFFERSONCAP.COM | Jul 16 2026 01:16:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 520681849 | Email/Text: BNCnotices@dcmservices.com | Jul 15 2026 21:34:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 520607996 | ^ MEBN | Jul 15 2026 21:33:40 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520614522 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2026 21:39:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520691827 | + Email/Text: RASEBN@raslg.com | Jul 15 2026 21:33:00 | Legacy Mortgage Asset Trust 2021-GS1, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520684441 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 15 2026 21:35:00 | Legacy Mortgage Asset Trust 2021-GS1, C/O Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520617256 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 15 2026 21:39:20 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520677530 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2026 21:35:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520771527 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 15 2026 21:33:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520608011 | + Email/PDF: Bankruptcy_Prod@mohela.com | Jul 15 2026 21:39:10 | Navient, P.O. Box 9000, Wilkes-Barre, PA 18773-9000 |
| 520608007 | + Email/Text: csc.bankruptcy@amwater.com | Jul 15 2026 21:35:00 | New Jersey American Water, P.O. Box 371331, Pittsburgh, PA 15250-7331 |
| 520608004 | ^ MEBN | Jul 15 2026 21:33:08 | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 520647285 | ^ MEBN | Jul 15 2026 21:34:54 | Pro Cap 8 FBO Firstrust Bank, 2500 McClellan Avenue, Suite 200, Pennsauken, NJ 08109-4613 |
| 520667062 | EDI: Q3G.COM | Jul 16 2026 01:16:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520607995 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 15 2026 21:35:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 520608012 | + Email/Text: EDBKNotices@ecmc.org | Jul 15 2026 21:33:00 | US Department of Education, P.O. Box 5609, Greenville, TX 75403-5609 |
| 520607998 | + EDI: WFAUTO | Jul 16 2026 01:16:00 | Wells Fargo Auto, P.O. Box 17900, Denver, CO 80217-0900 |
| 520619543 | + EDI: WFFC2 | Jul 16 2026 01:16:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, IRVING, TEXAS 75016-9005 |
| 520683656 | + Email/Text: bankruptcynotice@westlakefinancial.com | Jul 15 2026 21:35:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |
| 520608000 | + Email/Text: bankruptcynotice@westlakefinancial.com | Jul 15 2026 21:35:00 | Westlake Financial Services, P.O. Box 54807, Los Angeles, CA 90054-0807 |

TOTAL: 33

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: 148 | Total Noticed: 45 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520683658 | *+ | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Cory Francis Woerner | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 cwoerner@raslg.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gary C. Zeitz | on behalf of Creditor Pro Cap 8 FBO Firstrust Bank gzeitz@zeitzlawfirm.com rzeitz@zeitzlawfirm.com;akwon@zeitzlawfirm.com |
| Matthew K. Fissel | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Michelle Banks-Spearman | on behalf of Creditor City of Camden mispearm@camdennj.gov NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;AnMixon@ci.camden.nj.us |
| Robin I. London-Zeitz | on behalf of Creditor Pro Cap 8 FBO Firstrust Bank rzeitz@zeitzlawfirm.com gzeitz@zeitzlawfirm.com;akwon@zeitzlawfirm.com |
| Stacey L. Mullen | on behalf of Debtor Angine A. Brown slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10